OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 27, 2006

TO:  Delaware Correctional Center
     ATTN:  Business Office
     P.O. Box 500
     Smyrna, DE 19977

RE:  Return of Check for Inmate Filing Fees,
     Check #14811 Kermit West SBI# 043066;
     Civ. No. 04-325 JJF

Enclosed check, #14811 is being returned by the Clerk's Office without action. Our records indicate that Mr. West owes $47.32 only & not $58.00. Please resubmit a payment in the amount of $47.32 to the U.S. District Court so that Mr. West's balance may be paid in full.

We are returning this check directly to the Business Office since your office issued it. Please contact me directly if you have a question, at 302-573-6170.

Sincerely,

/rpg

BY: _____
    Ronald P. Golden III
    Deputy Clerk

PETER T. DALLEO
CLERK

cc:  the Honorable Joseph J. Farnan, Jr.
     Financial Administrator
     Alpha file